IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 09-cv-02383-PAB-MEH | Date:  January 22, 2010 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

MARK W. GERGANOFF,  William Finger

    Plaintiff,

vs.

CITY AND COUNTY OF DENVER,  David Daniel Powell, Jr.
DAVID FINE, and  Sarah Stettner
CAREER SERVICE BOARD OF THE
CITY AND COUNTY OF DENVER,

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**   9:37 a.m.

Court calls case. Appearances of counsel. Mr. Powell and Ms. Stettner appear by telephone. Plaintiff is present.

Argument and discussion regarding Plaintiff's Motion to Compel Relating to Plaintiff's Second Set of Discovery Requests (Doc. #19, filed 1/19/10).

**ORDERED:** For reasons stated on the record, Plaintiff's Motion to Compel Relating to Plaintiff's Second Set of Discovery Requests (Doc. #19, filed 1/19/10) is DENIED at this time. The request for attorney's fees and costs is also denied. If Plaintiff still has concerns regarding the issues raised in the motion after deposition, the Court will set another hearing.

**Court in recess:**   9:46 a.m.  **(Hearing concluded)**
**Total time in court:**  0:09