IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02383-PAB-MEH

MARK W. GERGANOFF,

     Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, a municipal corporation,
DAVID FINE, in his official capacity as City Attorney, and
CAREER SERVICE BOARD OF THE CITY AND COUNTY OF DENVER,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 12, 2010.**

    The Joint Stipulated Motion for Protective Order [filed February 9, 2010; docket #27] is **granted**. The proposed Protective Order is accepted and entered contemporaneously with this minute order.