IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02383-PAB-MEH

MARK W. GERGANOFF,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, a municipal corporation,
DAVID FINE, in his official capacity as City Attorney, and
CAREER SERVICE BOARD OF THE CITY AND COUNTY OF DENVER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 18, 2010.**

    In light of the Stipulated Withdrawal [filed February 17, 2010; docket #37], Plaintiff's Motion to Compel . . . [filed January 25, 2010; docket #24] is **denied without prejudice**.