IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02383-PAB-MEH

MARK W. GERGANOFF,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, a municipal corporation,
DAVID FINE, in his official capacity as City Attorney, and
CAREER SERVICE BOARD OF THE CITY AND COUNTY OF DENVER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 3, 2010.**

    In light of the settlement in this matter, Plaintiff's Amended Motion for Fifteen Day Extension of Time to File Motion to Amend Complaint or Add Parties [filed February 12, 2010; docket #33] and Plaintiff's Motion to Amend the Complaint [filed March 1, 2010; docket #42] are **denied as moot**.