IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Case No. 09-cv-02383-PAB-MEH

MARK W. GERGANOFF,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, a municipal corporation,

    Defendant.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Stipulated Motion for Dismissal With Prejudice of Plaintiff's Action in its Entirety [Docket No. 60]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the motion for dismissal [Docket No. 60] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED April 28, 2010.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge